NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

L.O.,                                          )
                                               )
            Appellant,                         )
                                               )
v.                                             )        Case No. 2D17-308
                                               )
J.H. and N.R.,                                 )
                                               )
            Appellees.                         )
                                               )
_____)

Opinion filed May 30, 2018.

Appeal from the Circuit Court for
Hillsborough County; Nick Nazaretian,
Judge.

Allison M. Perry of Florida Appeals,
P.A., Tampa, for Appellant.

Sarah E. Kay of Sessums Black Caballero
Ficarrotta, Tampa; and Ingrid Anderson,
Tampa, for Appellee J.H.

No appearance for remaining Appellee.


PER CURIAM.


            Affirmed.


KHOUZAM, CRENSHAW, and ATKINSON, JJ., Concur.